dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

SPENCER SHOE CO., INC., Respondent, v. STEVE ALEXANDERSON, etc., and Others, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MOSES STERN, Appellant, v. FRANK J. VITALE and CLARA H. VITALE, Respondents.— Motion for an order staying all proceedings under the order dated July 30, 1929, reducing bail of defendant Frank J. Vitale pending the appeal to this court from said order, granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ELLA STOLWORTHY, an Infant, by GEORGE E. STOLWORTHY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— On reargument motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Seeger and Scudder, JJ.; Lazansky, P. J., taking no part.

FRANCES STOLWORTHY, an Infant, by GEORGE E. STOLWORTHY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— On reargument motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Seeger and Scudder, JJ.; Lazansky, P. J., taking no part.

GEORGE E. STOLWORTHY, Respondent, v. IRVING FRIEDMAN, Appellant.— On reargument motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Rich, Young, Seeger and Scudder, JJ.; Lazansky, P. J., taking no part.

DAVID TENENBAUM, Trading as ABORN SHIRT MANUFACTURING COMPANY and TANEN SHIRT MANUFACTURING COMPANY, Appellants, v. HARTFORD FIRE INSURANCE COMPANY and Others, Respondents.— Motion to extend time to perfect appeal granted upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

G. TAUS & SONS, INC., Respondent, v. EDGEWAY REALTY CORPORATION, Appellant.— Motion for stay of trial granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

J. ROBERT THOMAS, Appellant, v. CLEMENT M. BIDDLE and LOUIS ROGELL, Respondents.— Motion to resettle order granted and order resettled by adding thereto the words " and upon condition that within ten days from the entry of